United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITALS & CLINICS | Case No.  15-cv-04800-EJD   (ADR) |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| MANPOWER DEMONSTRATION RESEARCH CORPORATION EMPLOYEE HEALTH CARE PLAN, et al., | Date:  April 6, 2016<br>Mediator:  Victor Schachter |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse defendant Manpower

Demonstration Reserach Corporation's general counsel, Rose A. Kob, from appearing in person at

the April 6, 2016 mediation before Victor Schachter is GRANTED.  The representative shall

participate actively for the duration of the mediation by joining telephonically as set forth in ADR

L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated:  March 18, 2016

Maria-Elena James
United States Magistrate Judge