**STEPHENSON, ACQUISTO & COLMAN**
JOY Y. STEPHENSON, ESQ.   (SBN 113755)
BARRY SULLIVAN, ESQ.   (SBN 136571)
RICHARD A. LOVICH, ESQ.   (SBN 113472)
JENNIFER JIAO, ESQ.   (SBN 292205)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
FACSIMILE:   (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITALS & CLINICS

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
DATED: 6/13/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITALS & CLINICS, a California non-profit public benefit corporation<br><br>Plaintiff,<br><br>vs.<br><br>MANPOWER DEMONSTRATION RESEARCH CORPORATION EMPLOYEE HEALTH CARE PLAN, a Delaware non-profit public benefit corporation; POMCO, INC., dba POMCO ADMINISTRATORS, INC., a Delaware for profit corporation and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   5:15-CV-04800-EJD<br><br>Hon. Edward J. Davila<br><br>**STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed

12738                                              - 1 -           STIPULATION TO DISMISS

with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii). Furthermore, each party shall bear its own costs and attorney's fees.

The Clerk shall close this file.

SO STIPULATED.

Dated: June 10, 2016         STEPHENSON, ACQUISTO & COLMAN

/s/ Jennifer Jiao, Esq.

JENNIFER JIAO
Attorneys for Plaintiff
STANFORD HOSPITALS & CLINICS

Dated: June 10, 2016         KULUVA, ARMIJO & GARCIA

/s/ Edward Garcia, Esq.

EDWARD GARCIA
Attorneys for Defendant POMCO, INC.

Dated: June 10, 2016         TRUCKER HUSS

/s/ Clarissa A. Kang, Esq.

CLARISSA A. KANG
Attorneys for Defendant
MANPOWER DEMONSTRATION
RESEARCH CORPORATION
EMPLOYEE HEALTH CARE PLAN